Fill in this information to identify the case:

Debtor name: **COLUMBUS VILLAGE LLC**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF NEW YORK**

Case number (if known):

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 795 Columbus LLC c/o Columbus Square Management 792 Columbus Avenue Ste 1E New York, NY 10025 | | Commerical Rent | Unliquidated | | | $161,023.75 |
| Action Environmental Group 300 Frank W Burr Boulevard Suite 39 Teaneck, NJ 07666 | | | Unliquidated | | | $2,290.78 |
| Admiral Linen 112 Hudson Street Copiague, NY 11726 | | | Unliquidated | | | $1,169.00 |
| Baldor Specialty Foods, Inc 155 FOOD CENTER DR Bronx, NY 10474 | | | Unliquidated | | | $5,049.47 |
| Bareburger Group, LLC 35-37 36th Street, 4th Fl Astoria, NY 11106 | | Royalties, Branding & Management Fees to Franchisor | Contingent Unliquidated Disputed Subject to Setoff | | | $40,266.53 |
| Consolidated Edison of NY 4 Irving Place New York, NY 10003 | | | Unliquidated | | | $7,751.15 |
| DiCarlo Distributors Inc. 1630 N Ocean Ave Holtsville, NY 11742 | | | Unliquidated | | | $688.80 |

Debtor **COLUMBUS VILLAGE LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Hector Mora et al c/o Lee Litigation Group LLC 30 East 39th St 2d Fl New York, NY 10016** | | **Settlement of Claim for Underpayment of Minimum Wages caused by Bareburger Group LLC while operating restaurant** | **Unliquidated** | | | $134,000.00 |
| **Imperial Bag & Paper Co, LLC 255 ROUTE 1 AND 9 JERSEY CITY Jersey City, NJ 07306** | | | **Unliquidated** | | | $4,804.40 |
| **Joseph, Mann & Creed 8948 Canyon Falls Blvd #200 Twinsburg, OH 44087** | | | **Unliquidated** | | | $1,620.00 |
| **Manouvelos Engineering PC 30-53 Crescent Street Long Island City, NY 11102** | | | **Unliquidated** | | | $6,225.00 |
| **Master Fire Systems Inc. 1776 E. Tremont Ave. Bronx, NY 10460** | | | **Unliquidated** | | | $1,520.00 |
| **Mitie Plumbing & Heating Corp. 40-18 Berrian Blvd Astoria, NY 11105** | | | **Unliquidated** | | | $2,504.13 |
| **NYS Dept. Taxation & Finance Bankruptcy/Special Procedures P.O. Box 5300 Albany, NY 12205-0300** | | **New York State Sales and Witholding Taxes, Interest and Penalties** | **Contingent Unliquidated Disputed** | | | $107,263.77 |
| **Oilmatic Systems LLC P.O. Box 185 Keasbey, NJ 08832-0185** | | | **Unliquidated** | | | $1,457.85 |
| **Pat LaFrieda Meat 3701 Tonnelle Ave North Bergen, NJ 07047** | | | **Unliquidated** | | | $24,582.00 |

Debtor **COLUMBUS VILLAGE LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Pegasus P&H Corporation** **33-18 23rd Avenue** **Astoria, NY 11105** | | | Unliquidated | | | $9,993.75 |
| **Sysco Corporation** **1390 ENCLAVE PARKWAY** **Houston, TX 77077** | | | Unliquidated | | | $27,799.44 |
| **Theta Designs** **21-33 40th Avenue** **Bayside, NY 11361** | | | Unliquidated | | | $5,700.00 |
| **Ventiv Holdings LLC** | | | Unliquidated | | | $16,558.17 |